■ THOMAS MOOSE, Respondent, v WATERMAN STEAMSHIP CORPORATION, Appellant.—Order, Supreme Court, New York County (Helen E. Freedman, J.), entered October 16, 1985, modified, on consent, so as to reinstate interrogatories served by defendant-appellant numbered 34, 37 and 48 and to direct plaintiff-respondent to respond thereto, and, as so modified, affirmed, without costs. In light of the parties' consent we do not reach the issue of whether or not the interrogatories were properly stricken. Concur—Kupferman, J. P., Sandler, Fein, Kassal and Wallach, JJ.